The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASTUTE IMAGING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOULDER INNOVATIONS, INC., a Delaware corporation; GENESIS INNOVATION GROUP, LLC, a Delaware limited liability company; and GENESIS SOFTWARE INNOVATION, LLC, a Michigan limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01097-MJP<br><br>STIPULATION AND ORDER TRANSFERRING MATTER TO THE WESTERN DISTRICT OF MICHIGAN, DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT, AND GRANTING PLAINTIFF LEAVE TO AMEND |

## **STIPULATION**

The parties, by and through their attorneys of record, stipulate to entry of the proposed Order (i) transferring this matter to the Western District of Michigan, (ii) denying Defendants' pending motion to dismiss as moot, and (iii) granting Plaintiff leave to amend its Complaint. In support of this request, the parties represent the following to the Court:

1. Plaintiff ASTUTE IMAGING, LLC ("**Plaintiff**") filed a complaint against Defendants SHOULDER INNOVATIONS, INC., GENESIS INNOVATION GROUP, LLC,

and GENESIS SOFTWARE INNOVATION, LLC (collectively, "**Defendants**") on August 20, 2023. Dkt. 1.

2. Defendants filed a motion to dismiss for lack of personal jurisdiction and improper venue, or in the alternative to transfer, and to dismiss for failure to state a claim on October 20, 2023. Dkt. 16.

3. Based on the current record, the parties agree that venue in the Southern Division of the Western District of Michigan is appropriate and that the Court should transfer the matter to the Southern Division of the Western District of Michigan pursuant to 28 U.S.C. § 1404(a).

4. The parties agree that Plaintiff may file an amended complaint in the new venue no later than November 27, 2023, and that Defendant may respond and/or answer the complaint no later than December 18, 2023.

5. Based on the foregoing agreements, the Court should deny Defendants' motion to dismiss as moot.

## ORDER

IT IS SO ORDERED:

1. The Clerk shall transfer this matter to the Southern Division of the Western District of Michigan;

2. Plaintiff is GRANTED leave to amend the complaint and shall file an amended complaint, if any, no later than November 27, 2023;

3. Defendants shall respond and/or answer the operative complaint no later than December 18, 2023; and

4. Defendants' motion to dismiss (Dkt. 16) is DENIED as moot.

Dated this __14__ day of November, 2023.

*[signature]*

HON. MARSHA J. PECHMAN
United States District Judge

DATED: November 13, 2023.

Jointly Presented:

BAILEY DUQUETTE P.C.

By /s/ Hozaifa Y. Cassubhai
    Hozaifa Y. Cassubhai, WSBA No. 39512
    William R. Burnside, WSBA No. 36002
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Phone: 206.225.2250
    Email: hozaifa@baileyduquette.com
    will@baileyduquette.com

SEED IP LAW GROUP LLP

By /s/ Syed M. Abedi
    Syed M. Abedi, WSBA No. 46106
    701 Fifth Avenue, Suite 5400
    Seattle, Washington 98104
    Phone: 206.714.6593
    Email: syeda@seedIP.com

*Attorneys for Plaintiff Astute Imaging, LLC*


ELLIS, LI & McKINSTRY PLLC

By: s/Nathaniel L. Taylor
Nathaniel L. Taylor, WSBA No. 27141
Abigail St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810

Seattle, WA 98101-1820
Phone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
asthilaire@elmlaw.com

By: *s/Anthony J. Biller*
Anthony J. Biller (pro hac vice)
Envisage Law Partnership
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
Phone: (984) 344-9191
Email: ajbiller@envisage.law

*Attorneys for Genesis Software Innovation, LLC, Senesis Innovation Group, LLC, and Shoulder Innovations, Inc.*